**Order entered January 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01221-CR

**TRAVONTE MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-16957-V**

### ORDER

The State's motion to extend the time to file the State's accompanying brief is GRANTED, and the clerk of the court is ordered to file the State's brief tendered to the Court.

/s/    LANA MYERS
        PRESIDING JUSTICE